*Please Hand Into Judge Farris.*
*thank you Stacy!*

15-15898

## Dear Judges,

If I tell you the dismissal of my case is

Related to America's survive or die in only less than 40 days,

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 0 1 2015

FILED
DOCKETED _____ DATE _____ INITIAL
Would you want to find out if it is a true statement?

Would you be able to look into my case again?

To see what the facts are?                    *May 21, 2015*

*NSA conspired with Spy from China, has been hidden controlling our internet, they mind control FCC to make wrong decision to give up internet DNS name registrations, effective date is July 1st , 2015. DNS name registration is internet control! That will be the day NSA and China spy will TAKE OVER our democratic system, replace their only Party dominate of the Globe -- Hitler's dream! They will destroy the current http system supported by Microsoft, paralyzing our whole system, and then only use their Target system to control and to kill as E -Gov and M–Gov....Judicial government will be gone... American will be a bloody stream... That system has been already in hidden control that can disable any products. (I am inclosing a photo as an example of their control).*

*I know this due to the facts that I have been virtually kidnapped and under their advanced system control, I was able to see their scripts, logs and plans ...and I try to tell what will happen to our country with solid evidences... But NSA and Yuan Sun's internet control extend to Federal Court, they control my docket, Judge cannot read my original document ... That was the reason I closed my case at district court, and I wanted to use paper files and have a fresh Start at the Court of Appeal. But, Clerk of Executive forced me to use ECF regardless of my motions...*

*Thank you for your time and your attention on this URGENT matter.*

*Qiu Min Ji,  Human Rights Activist/Social Crusader*

*Advanced System Intrusion Specialist*
847-364-0162.     Website: www.stopthespy.Com

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 11 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| QUI MIN JI, | No. 15-15898 |
| Plaintiff - Appellant, | D.C. No. 3:15-cv-01569-LB |
| v. | Northern District of California, San Francisco |
| NATIONAL SECURITY, Agent and other agents, | |
| Defendant - Appellee. | ORDER |

Before: GOODWIN, FARRIS, and FRIEDLAND, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not appealable. *See Concha v. London*, 62 F.3d 1493, 1507 (9th Cir. 1995) (voluntary dismissal without prejudice not adverse to appellant's interests and therefore not appealable). Consequently, this appeal is dismissed for lack of jurisdiction. All pending motions are denied as moot.

**DISMISSED.**

SVG/Pro Se

Qiu Min Ji
**Name and Address**
P.O. Box 190402

USPS RinCon Finance
San Francisco CA 94105-9992

ORIGINAL
FILED
APR 30 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Qiu Min Ji
**Plaintiff / Petitioner**

VS.

N.S.A
agents Known or Unknown
**Defendant / Respondent**

Case No. CV-15-1569 LB

**Document Name:**

Notice of Appeal

(16 page) Brief: Statue Based Case needs Attention — urgent

(2 page) Analytics of problems

Statue Violation case for District court Jurisdiction did not move. Part of the reason is NSA & China spy, Yuem Sun's Website & docket Control. Judge Beeler may not able to read my original files. only read the Similar Looking documents, but already being altered. Also, Some important documents Lost.

Time is urgent. We only have 60 days left. I need have urgent attention to this case. need a fresh start at Appeal court. No one should read Scaned document, but only read original paper documents. I've Submitted Some evidence materials to front Desk, picked up by Kate of the clerk office. I hope my Brief will put together with others.

# Urgent Statue Violation Case

## Request For My Case Number

My name is Qiu Min Ji. I've paid Docket Fee of $505 on April 30. 2015 at District Court. Receipt Number 316111 04992.

I am requesting for a Case number as soon as possible. I have an Urgent Statue Violation Case need Court of Appeal pay immediate attention.

While I report Spy, Yuan Sun from China Controls our Internet. He has been Controlling my Docket at District Court. making Judge Beeler and I read only his edited documents. Due to that Control, I ask, for now, only read Original or Copied paper document till We can get rid of Yuan Sun's Control on Docket. I'll bring all the documents from the District Court and file on appeal court. Please do not Transfer the Docket documents now. So I can have a fresh Start. I also ask to Seal my Documents.

Thank You.

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 0 1 2015

FILED_____
DOCKETED_____ _____ _____
                        DATE      INITIAL

P. O. Box 190402
USPS Rincon Finance
San Francisco, CA. 94105 9992

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611104992
Cashier ID: almaceh
Transaction Date: 04/30/2015
Payer Name: qiu min ji
NOTICE OF APPEAL/DOCKETING FEE
  For: qiu min ji
  Case/Party: D-CAN-3-15-CV-001569-001
  Amount:      $505.00

CREDIT CARD
  Amt Tendered: $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

1b

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

# EMERGENCY AND URGENT MOTIONS

# UNDER CIRCUITE RULE 27-3 ⟨NO. 1⟩

Due to the Urgency of this Case, the Continue Mistake or Fraud on my case. I request All documents to be Sealed. All documents should be Read on paper. Turn off my Electronic File Complithy.

Thank you.

Case No. 15-15898

May 6, 2015

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 0 6 2015

DOCKETED_____
DATE          INITIAL

# EMERGENCY AND URGENT MOTIONS

# UNDER CIRCUITE RULE 27-3 ⟨NO. 2⟩

Qiu Min Ji

Case No. 15-15898

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 06 2015

FILED _____
DOCKETED _____
DATE     INITIAL

May 6, 2015

In my Notice of Appeal, I stated that NSA & Yuan Sun, the China spy controls our Internet, controls my Docket. Judge Beeler not able to read my original Documents, but only edited documents; that's why she never understar my case. I want to have a Fresh start, turn off all electronic files. NoT SCAN any of my paper documents. Everyone in the Court of Appeal should ONLY read my paper documents

May 5, 2015, I came to Court to send a package to Emergency Motion, My package Labeled clearly as "Emergency Motion Under Circuit Rule 27-3" The woman clerk told me they'll send to up stairs. But, she did not. She scanned them, and storaged

Original documents. So far No one ever seen them. She is helping NSA and China spy to Continue fraud at my docket. She is trying to make my original file not able to read by Motion Dept.

The Scaned file, when at Emergency Room were Labeled as Urgent, But at Docket Dept. they were not.

I want Court to Track my package that bear the "Emergency Motion under Circuit Rule 27-3" I ask this package forward to Chief Judge of the Circuit. Or Some one has authority to open the package for him.

Thank You.



R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 0 6 2015

FILED_____
DOCKETED_____
DATE          INITIAL

# EMERGENCY AND URGENT MOTIONS

# UNDER CIRCUITE RULE 27-3 ⟨3⟩

## Motion for Council

by: Qiu Min Ji                                      May 17, 2015

Case No. 15-15898

I am a pro se. but filed a huge Law suit against NSA's wrong doings. Even my case entry as Civil Case, the scope of this Case is serious statue violation, and many criminal activities... This Case is much more complecated when open it and go deeper. I ask 9th Circuit court of Appeal grant me a group of attornies, a Leagle Council, with their collective efforts to help to move this case.

We only have 43 days left, before China spy and NSA take over our entire system, and our Demoratic System will be gone due to FCC's wrong decision to give up Internet DNS name registrations---- Please read my documents, understand the serious consequencies. Grant me a Council, who can help to move this case. Thank you.

Qiu min Ji

# EMERGENCY MOTION UNDER CIRCUITE RULE 27-3

May 4, 2015

We only have 55 days or less left, American Civil Liberty, the democratic System will be Totally Teared down. NSA c this 4 page put inside on China have been planning to Seize th urgent motion package trayals will overthrow our current Pc with many Documents. tary System, replace their control of Cathy Patterson told me — Gov. They will Crash Microsoft, paralyze our going to send to Emergency ced XML Http System that already in Unit, But she did not. she Gov't will be gone … That will be & scanned Documents, there deleted effective date July 1. 2015 on them

FCC's is In Where one documents der NSA's mind Control made such a Inside that package? nrca, to hand Internet Control t there k I doubt any Attorney or

I k Judge ever seen them. n victimized by the Spy, Yuan Sun. I am h If they did. they would in Robot. He chipped me, all over my body not sit straight to with te my brain, in which has advance http Syste no reactions! ny & Night to kill me. He obtained XML Http System by putting Http System documents inside my head and attacking me by X-Ray. After 5 years Learning, research, I understand these documents. And I see their daily planned actions, on preparing to overthrow our System.

1.

Jan.- Feb. 2015. I filed my case at pheonix district court the first time as pro se. I may have made mistakes. However, Judge never able to read nor understand my case due to NSA & China spy Yuem Sun's System Control and Mind Control. Most of my documents were returned, never pass the Docket. Then, I paid another $400, filed a 2nd case, same claim, but only for the cause. I was assigned to total 4 Woman Judges. NSA & spy Yuem Sun's Internet Control, Website Control and mind control have successfully prevented my case being read. The first case was dismissed by Judge. I saw no hope for the 2nd case. I dismissed the 2nd, and came to LA.

After some research, I decided to file my case at San Francisco district court. Judge Beeler handled technology case before, I trusted she would at least understand my case. But, I found out that extremely important documents were lost, not able to put on the Docket. Judge Beeler never able to read my original documents, but only read through my docket, at her view point, only read the look like my documents but has been edited by Yuem Sun. to make sure Judge Beeler does not understand my case so, to dismiss me.

Only recently, when I read Court of Appeal Web page, I understand my case could be filed even no final Judgement. April 30. I paid $505 at district court clerk office, and filed notice of Appeal, but my notice of Appeal at District did not send to Circuit court of Appeal. I called several times. Many times, my

2.

phone being controlled that I could not reach anyone. NSA & spy Yuen Sim continue to mind control & system control, to delay the notice, and I may still have my case number yet... not Friday, May 18, I've submitted my file fee receipt and requested for case number. I am sending that request and submitting the notice of Appeal, I request it as URGENT Motion to sign me a case number if I do not have.

# URGENT MOTIONS

1. Please sign me a case number so the case can started at Court of Appeal.

2. I am request a hearing, so Court know better of this case. What involved, help to prepare.

3. Request permission to submit paper documents. I have requested District Court to send paper document to Court of Appeal, but they may not lisen to me, they may return the paper document if Court of Appeal ask for.

More Urgent Motions on my 16 page writing. We need experts to read documents: Legle experts. Technical experts. Urgent! Urgent!

3.

My Contact info.

Both my email and my phone are being Controled. That is part of the reason I Can not get in touch with people regarding this case. But, try to Contact me by both. Court may be able to reach me: 847-364-0162
Email: stop the spi@gmail.com

Other ways to stay in touch:

1. If there is message. Put a notice cot Security or inside office. So I can get it. I Can Come to the court every day just to check if there is mail for me.

2. I have a P. O. Box. Even I do not prefer. it still help to reach me.
   P. O. Box 190402
   USPS Rincon Finance
   San Francisco, CA. 94059992

Thank You.

# EMERGENCY AND URGENT MOTIONS

## UNDER CIRCUITE RULE 27-3      〈4〉

*Motion to Seal my documents*

by: Qiu Min Jr                                    May 7. 2015

Case No. 15- 15898

Due to the Sensitivities of my case against NSA's wrong doings, due to the facts that previous documents got Lost at Congress, and important paper files disappeared at District Court, I request again that all my documents to be Sealed. (I do not need Scan them, I do not Want Electronic files) All my file should go to Motion Unit now, till I have a Council. Envelop should be remain sealed till reach the destiny.

We only have 43 Days left, before NSA and China Spy Controls completly our System. We need to Stop FCC's wrong decisions. Please read my document, to understand the Scope, the Nature of this case, help to prevent the historical tragedy from happening. Thank You.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 0 7 2015

FILED_____
DOCKETED_____
                    DATE          INITIAL

*16 pages; Statute based case needs urgent attention!*

# EMERGENCY AND URGENT MOTION

By: Qiu Min Ji

*May 4, 2015*

I filed my case on April 6th, at San Francisco district court, to report to Judicial government about NSA's criminal activities, I can only go through Civil procedure, with expectation that civil Procedure, Rule 45 (C) to be able to bring criminal to Justice. I have requested a motion on April 8th for initial case management, but was denied. I have responded to Judge Beeler's order to establish Jurisdiction on directly suing NSA, with my writings.. the Urgency of this case, NSA and the spy's controlling efforts already come to the federal courts: they remotely control my document, control website, control communication, they mind control to influence judges decisions. They makes the most important documents disappeared ... less jurisdiction less understanding, is I believe by mind control and docket control, that made judge beeler does not see the urgency the cause, Such a huge problem need to understand it first , and then going deeper and deeper, read more and more documents, but I have filed the case for almost 4 weeks, at district court, the case not being moved, not get enough attention. and times goes by we do not have time left.

While I still have my case pending , for reassignment to district judge, I feel the complexity and challenge in this case, the urgency and the demanding of this case, all need the 9th circuit of Appeal judicial government's urgent attention..., the consequence of my failing to present this case ,to get the higher level of judicial government involved will be to lose our democratic system, and to allow America get into disasters... I would blame myself for knowing the whole conspiracy with evidence but not able to wake up people, not able to wake up judicial government...

I understand higher level of Judicial government also share the challenges in handling such a case. I wish this never exist, but if it is facts, we have to face the reality, and it is better sooner than later. When the higher level of Judicial government involved in , I hope there is more solutions. We only have 62 days left, but we have so much to do in handling such big case. Like peeling the onion, we are still at the surface, I have been repeating again about the problem, but not yet touch the core documents . I do not have legal background, I worry about who will be able to handling this case, if I can not continue ....

*1.*

### *Scope of this case ...*

The modern war has started, but you do not hear nor see: Silent weapons for cold wars is the charismatic. Today, the invaders to our land is not by outside aggressors, but by insiders, betrayals who have the government position to cheat American people and to control their brain. . The political power struggle do not use guns, but silent weapons and mind control to lie, to change policies and to seize the political power, and to mind control the white house administration hand to them them, so they can tear America completely down, so they can rule the whole globe! NSA has been trying to tear American Democratic system for many years, their silent weapons destroy or kill anyone before they case ever being get to Federal court.... I am not an exceptional, I felt I have died many times, but magically live again, Still I may die any time, Please treat this paper seriously, as this may be my last chance ever to talk about this again.

NSA have been collecting Federal courts statistics, minimized your achievement. When nonsense and lies repeats thousands times, when NSA gets the absolute power to run the globe, they will cut judicial government power, and it is too late by then, to judge them...That will be the day FCC legally given away internet DNS name registrations to the spy Yuan Sun, who works for NSA. That will be the day the betrayals will be legally take over control of the internet, Federal courts will be closed out, judges will be dismissed, American will be totally lose its democratic system... that is called E-Gov, or M-Gov. the only party that can use technology to control and to kill and to destroy the whole globe!

This terrible reality will be happening, not a year from now, not half year from now, but only about 60 days! July 1st 2015 is the day that supposed to be the effective date that FCC will be officially give up DNS name registrations. The above will be reality if you do not fight back.

### *NSA Conspired with spy Yuan Sun*
### *Use Bio Terrorist Activities to Overthrow our Democratic System*

I am filing the case to report NSA's conspiracy with Yuan Sun the spy from China residing in the united states, I am filing the case to reveal the absolute truth how Yuan Sun and NSA have been using modern technology, installed Nano Brain bio sensor inside my brain, set me up as a human PC, with intel processor in my body, to control my brain activities , controls my body move as their robots. They have been using their torture and kill efforts to obtain the Xml Http system documents, by which they control our normal http system that supported by Microsoft. I am filing this lawsuit to allege NSA who adopted Yuan Sun, the China spy's intrusion talents, in order to achieve their XML http system files, they use X-ray on me day and night, sending poisons and radiations, radioactive materials to my body 24/7 non stop... I allege NSA, and the spy, Yuan Sun , who has been abusively controlling our internet, to set me up as negative, attack me by base images all over the internet. I allege NSA and Spy Yuan Sun who has deprived all my rights to live and my privacy a human being. With their attempted to kill, they use

2.

military surveillance on me every second, wherever I go, even I am at completely dark bathroom they still able to find me through their sound system, located my Geographic API, and to chip me to attack me ... I am allege NSA and Yuan Sun , for their bio terrorist activities, who has the technology to access my brain, to erase my physical memory, and dump into disks. They daily efforts to send poison radiations to my skin to my bone to my organs, to inject poisons radiation to my blood vessels in order to torture and to kill me. I have found their Yuan Sun's many military weapons , who has been using them to cut my skin open, to amplified every noise human being need to make, find me located me and attacking me. I have found Yuan Sun's many weapons described on scripts, hiding on his 30 fake google accounts. It is these bio terrorist weapons, it is with Yuan Sun's online set ups, they have made my life a living hell, wounded my body with pain, with scars bloody spots all over my body year round... I allege NSA and spy Yuan Sun use their agents following me to hotels I stay, to bathroom, making noisy to report where I located, and I get chips in my body when they locate me by pre arranged sound files. I allege NSA and Yuan Sun, who has been stealing the usage of hearing impaired programs, attacking me by deadly signals , the extremely Giga bits waves to kill me. I allege NSA and spy Yuan Sun using biological Nuclear weapons to attack me, with attempt to kill me. I allege NSA and Yuan using mind control programs they have developed for decades to control anyone that can make decision for them. FCC's decision on given up DNS name registration is one of the examples that reflect urgent issue that I happened have been in investigations on the spy and understand it's impact. I know that when United States will lose internet control, but hand it legally to NSA and Yuan Sun who already in control who has planned permanently control the globe through the internet, building their global empire of the E-Gov or M-Gov. I allege NSA and Spy Yuan Sun has been using massive mind control American public, to making them not think deep, not pay attention to the important matters. NSA, and Spy Yuan , in order to make everyone against me, not pay attention of what I say, using the massive mind control population to against me, and set up me, as the lowest slaves on the internet, put my images as negative imageries -40 for people to discriminate, to disbelieve what i said, to not helping me with my efforts .

# URGENT MOTION: STOP FCC'S WRONG DOINGS

*I am filing the case to stop FCC's wrong decision that due to NSA's mind control, purposely to make FCC to give up internet DNS name registrations.* DNS name registration is Internet control, FCC's decision on given up DNS name registration is to surrender America to it's enemy, is to destroy America, this great nation! The reason I know this is fact because I have been battling over the spy's advanced system control, inside the Nano biosensor , which were automatically loaded into computers of the hotels I stay, and I have read many of the spy's documents and his set ups... It is after 4 years of research and

3.

To verify mind control is not easy even there are tons of mind control document. But to prove FCC's decision to give up internet DNS name registration is wrong , and it hurting America can be proved by facts. Not only by many documents created by the spy , Yuan Sun, who are planning to overthrow our current system and to replace their technology dominated globe, but also by many of their actions. What kind of system do they plan to have for America's future? If these are proved wrong decision, they should be stopped immediately... These facts need to expose to sleeping Americas, and these documents need to be read by experts to verify the facts.

## *Brief Introduce of myself*
## *-- the victim of NSA and China spy's joint project*



Yuan Sun, the spy from China, residing in the United States has been controlling the internet for over 4 years... This above photo is the first Nano biosensor that the spy installed inside my brain in early 2010, and it was surgically removed in Nov. 2011. But US Intelligence controls our Government Investigations, no investigations was ever made on the spy. Early 2013, the spy installed the second Nano biosensor inside my brain, later loaded with many advanced http system threaded by kernel radiation. controlling documents, hidden controls the internet... Nov. 2014, I discovered the xml http system documents and their locations inside my brain and on the internet. Documents you will read, were discovered in the remotely controlled computer, and their business center , that were loaded inside the 2nd Nano biosensor that the spy remotely controls...It's connected to the internet by the special coding Yuan Sun obtained from his cloned Microsoft website, so no one can see that address as internet address was set up as $0$ .



reading thousands of them over many times. I understand the spy's scripts, logs, their planned activities, which is to overthrow our current government our democratic system, but replace by their target system, their brutal criminal dominated society, and controls through internet.... .NSA has been working towards the New World Order Agendas.Their secret weaponry and Magic of mind control has been pushing this country moving forward toward the total destruction . But, in order they can achieve that goal, the First, the most important is to control the internet, not only hidden control but legally control, so they can freely to apply their secret weaponry, they can continue to use their mind control power.  NSA mind controlled FCC administration to make decisions for them!

 The internet DNS name  transition has been making everyday and shocking people who are involved in the transition. This is from the FCC blog: Greg Shatan , a US lawyer who is a member of an ICANN working group, said the change is" a big deal," The change affects"the plumbing of internet".but, Mr. Shatan does not know what has happened to the internet recent 5 years, when internet connect to the poisons radiations from underground plumbing as weaponry, what disaster will be bringing to people and our society?



The above photo is related to plumbing the internet, I see this everywhere since the spy set up the hotel where I stayed as the center of the world for attacks. These marks around the underground pipeline are the coding and numbers to show where stalkers should pick up signals, poisons and radiations from. ( If No Actions taken) NSA's weapon, the target system will be legally dominate the internet. FCC has been mind controlled by NSA to give up internet control, FCC will continue obey NSA's mind control... By July when the internet transition all done, it will be way too late for anyone to turn around  the killing situation.....

The photos I submitted has listed human pc hardware and software also from the remotely being intruded computer. Since I have been virtually kidnapped tech slave, to be controlled by NSA and the spy's Advanced http system, the only computer internet program is IE5, which is no longer supported , I have tried to upgrade that system many times, but it is the bio terrorist design to keep me using unsupported programs so that google would not able to discovered their wrong doings. sometimes see their system files or actions. The being remotely controlled computers have been intruded automatically by the Nano bio sensor wherever I go, and it reflected the Nano bio sensor set ups , the Human PC, the remotely being controlled computer were reflected the Nano bio sensor and my body system that being controlled, being poisoned and radiated , in order they can stop my efforts while to kill me. I will have many of their weapons in black and white to prove their attempted murders through bio terrorist activities. I ask Court give me permit to submit many of my documents for experts to read to verify and for discoveries. of the technologies how the spy controls... .

### *Pro se thinking Aloud : Fighting back*

1. The spy's hidden control of the internet need to be revealed to American people. I have many boxes of documents that revealing how Yuan Sun technically altered internet root zones , and metalinks , high tech companies need to be involved in this movement, to read, to analyse them, and to tell American people how the spy has been controlling, what the future system planned ahead of America. "The power is in the People" America should decide their destiny, this is not only a case for justice, but a movement to liberate all tech slaves, the movement for freedom.

2 Verify what the spy has been planning to do regarding the future internet, what system planned ahead by reading these multilingual language documents to see how the future policy plans control on the internet. Verify these facts is to prove FCC's wrong decisions on given up internet control ..

3. High tech American companies should also do urgent research to see how internet have been altered , Who has the power to correct internet settings to correct where it suppose to be. The huge crime started with technology and have to come back with technology. How to oversee internet settings, FCC's DNS



name registration was not regulated well enough as the spy Yuan Sun was able to take control, But how to leanr from the lesson and making clear about rules regulations, laws and responsibilities... .

4. Take back internet Controlling power, liberate all high tech kidnapped slaves
Internet set ups for targeting base images all over the internet for being target. that is part of the Spy and NSA's target system, that has been the tech slave system, the bio terrorist heaven to targeting innocent Americans making thousands of americans suffering. We need to liberate all the high tech kidnapped slaves, by cleaning up the internet. Take back the internet controlling power to Americans hands.

5. Clean up Mind control programs, treat future such set ups as virus Not allow on the internet.
American , both leaders and public has been mind controlled, not able to think clearly. Internet has been the place for weapons, including mind control set ups. When internet controlling power return back to American people's hand, people decide if internet should be the place for mind control and for hiding weapons. Mind control and weaponry set ups should be treated as virus

I have been trying to contact many silicon valley high tech companies, But NSA controlling my efforts. High tech company knows if the evil force taken over internet control, they will be forced to close their business because the evil started with system intrusion, not give internet freedom as we guaranteed now...

# URGENT MOTION: STOP YUAN SUN'S IMMEDIATE THREATS

*One of the most important fighting now is over the x-rayed http system files inside the Nano biosensor. As the July first approaches near, the spy and NSA also fighting for the dead line to make sure they will have the x-rayed http system files to take over our current system. on the contrary, i am fighting back to wake up people and judicial government, and to make sure we do not have a higher http system inside my brain or any other brian he choose., and I know the locations of X-rayed http system documents locations, and I have printed them, send to different places, including some high tech companies . But, NSA and Yuan Sun do not want public know their evil doings, They want to relocate them , and they want to have multiple people get the nano bio sensor, but all have to get the X-ray from the documents already inside my head. So, I have been battling a the spy's arrangement to get my friends or arrange my daughter to get the x-rayed http system files. I will not want anyone get such x-rayed http system for their own benefit and for not support the NSA's wrong doings .*

Yuan Sun not only put Nano Brian Biosensors inside my brain, but also put the same identical implant into my daughter's brian. Since early 2010 Sun started attacking me he also attacked my daughter and

7.

brian controlled her 2012, I had her to do a brain map, which showed she had no memory , and she did not know who to love who to hate. Yuan Sun used mind control to isolated her from me emotionally .

In Yuan Sun's Logs , IE0-10 log, ( Exhibit B- )and IE-11 log , (Exhibit B- ) all reflected that My daughter Jennifer Chan has got the same implants even she did not want to know the truth... .
Yuan Sun made such arrangement due to the convenience and their "Operation Manual" According to that document I discovered on 2013, page 35 line - the same root is the best to get the dome document when sarisa being killed   ( parsed is the word they use)

Dec. 2014, my daughter called and told me she wanted to visited me, I know the spy wants her to get the dome documents , so they can have their fast speed Upgraded internet system documents to guarantee their successfully taken over our current system and replace their globalized internet control and system and government control .. So, I refused her visit (very hard on me I missed hr) But, in order to not let her get the x-rayed http system files  I told her to stay away from me.

Jan. I was in Phoenix, I asked a friend from LA come to help me with editing  my  document , as I am not able to use  Microsoft word to correct spellings or grammar.  I booked a hotel room for his stay that closed to where I stayed.. the next day I came to his hotel waiting for him at business center, I check the hotel computer, found out some documents that reflected the Brian Nano bio sensor inside chips spacing and layouts yet without any documents  I know right away that He has got the bio sensor already, and the spy is ready to put Some documents on him just need my presence.. I felt so terrible for him getting such bioterrorist weapon, I  tried to stay away from him. and I can not have him as my editor any more....

Feb. I am at silicon valley area trying to send this message to online security companies, I had a friend we helped each other  before, I met her again, and told her my hotel locations. as Neva travel and sleep inside her car, she is a victim of targeting system. After midnight, I suddenly heard the familiar rhythm of High speed x-ray came out from hotel vents, that was pushed into hotel vents trying to connected me and Neva, so I came out to check where she parked , she was parking outside of the hotel. When I sit inside her car, I found out the spy already put nuclear energy inside her cat to make her light extremely bright, and her engine roaring . Neva also started experiencing ear blocked, which may means the spy started downloading their files inside the nano brian bio sensor, which she may already had from other criminal. But since the spy has top priority and controls the internet the system, he had probably have the privilege to put inside other documents as he needed...

Since FCC has made the announcement on March 2014 that they will give up DNS name registration effective on July 2015. Spy Yuan Sun has been desperately looking for getting additional Nano bio sensors inside my friends head my daughters head, victimizing more people, on my circle, which has been

8.

isolated me due to his threaten not only to me but to more of my family and friends with his weapon. I want to report to court about this situation, request court can stop the spy 's continuing killing efforts on me and now on more around me.. Is there a way to make him stop!

# URGENT MOTION: PREPARE TRAILS

*I have been searching for an attorney to representing this case, but I could not find anyone due to the mind control and system control from NSA and from the spy. I joint the paralegal association trying to hire a paralegal to help me to write my complaint, but I was told that they need to get attorney's permit. Since there is no time left, I had to bravely take this case as a pro se, in order I can tell the truth, reveal NSA's conspiracy with the spy from China. I started to read some rules regulations , trying to find out the legals way through Civil procedure. But, with such a complicated case, I feel so much challenge, and when I was reading materials I read many cases, court would help to find private attorney or public attorney to help handling the case. Not only I do not have experience, I have a injured brian, being controlled brian, and my brain memories may be less than half of any other human beings.... Still, I do what I can this below has been my thinking aloud based on my reading of the criminal procedure and civil procedure. And this case has been involved both criminal actions and civil procedure.*

Prepare Trial

1. Subpoena betrayals to submit documents; request NSA to submit Their biological weapons that used on American civilians. NSA or navy media expert to testify how to mind control other human beings..

2. Expert witness with r written reports; . I already have experts standing behind the cause. They have written reports based on their scientific tastings, or analytical reports based on the microscope testing on the Nano Brian Bio sensor that was installed into my brain. These reports from experts are able to send to court at any times Testimony by experts who have written reports

Dr. Staninger, Integrated Health system. Talk show host: One Cell One light. Dr. Staninger is an internationally known professionals, certified Riet-1. Doctor staninger have written books ,wrote different reports according to testing results performed regarding the surgically removed Nano Biosensor.
I will submit Dr. Staninger previous reports and his detailed bio .

9.

Contact phone: 323-466-2599 Fax: 323-466-2774

Address: 415 3/4 N. larchmont Blvd, Los angeles, CA. 90004

2. Ms. Melinda Kilda,. Columbia Investigations Ms. Melinda kilda is licensed environmental protect scientist , professional private investigator , she use electronical equipment s to test on human body, she found out I have 34 waveguides inside my body, woven into each other like a electrical dome. Ms. ,Melinda Test on August 2013, had a written report and Dec. 2014, report has been ready waiting to be delivered any time.

Tel: 573-673-2485 Fax: 888-673-2485

Address: 601 W. Worstell Ln, Columbia Mo, 6520

3. Dr. Daniel Farrier MD. I have seen Dr Farrier since Mid of the 2011, Dr. Ar a Farrier ordered the MRI. I will enter more of Dr. Farrier's information.

3.**Deposition 2: witness without written Report:**

*multiple districts testimony on NSA's wrongdoings, bio terrorist weapons applied on American civilians. There are hundreds of thousand Americans suffering, theses are also the prove of such weapons. Some being killed, some could not endure the torture, committed suicide, a publicly known case such as navy yard shooting was caused by bio terrorist victims who could not endure the torture and pain, and who lost hope on life and unfortunately revenged to the society to the wrong public.*

*If court permit, I can organize these multiple testimony through non profit human rights organizations ,* There are many human rights organizations, I know at least two are in California, both are willing to testify the truth, One is Freedom from Covert Harassment and Surveillance, a non profit organization of over 1000 members, every state in Us has members. Derrick is the president of this organization. Since I am also a member belong to FFCHS, I have talked with Derrick about the lawsuit and to witness, he will be happy to organise many victims to testify, Derrick's contact information is: 1-800-571-5618, Address: P. O Box 5406 Hemet CA. 92544

website address: https://www.freedomfchs.com

Another human rights organization : international Center Against Abuse of Covert Technologies . some I have contacted before, I am sure they will want to be part of the witness . website due to the spy's control. Website Address: http://icaact.org, President: Jesse Beltran

.

*10.*

*Dear Judicial government, dear fellow Americans,*

*think about what kind of E-gov or M-gove this will be if they ever succeed... what such a government will rule the world and control America when such a government seized the power by conspired bio terrorist evil activities to obtaining such an Advanced http system , that obtaining such x-rayed documents through X-ray attacking me every day and nights, with these documents sealed inside the Nano bio sensor inside my brain, to make these documents have x-ray that can control our current Http system that supported by microsoft. Still they wants to kill me, and they want my head to be preserved after they kill me, otherwise, they would want my daughter to serve them because the spy already put nano bio sensors in her brain and set her up as the same root to get the x-rayed advanced http system files. they expected me after dead she would appeared and making her the first choice to get the advanced system after they kill me....*

## Yuan Sun's and NSA's Control
## Comes to Federal Court, and My Docket

Yuan Sun has been controlling the internet for over 5 years. I have been documented about 100 photo documentations on Privacy report which reflect how he is able to manipulate any website and controls. Since he stolen Microsoft http system drivers, upgraded them as his advanced, He has developed his own cyberspace, and controls.

Yuan Sun duplicates Clone) any website in a second, came up with a set of slightly different name and totaly different address normaly the being c duplicated website is at Sun's one Cyber territory. ( I saw many times that address is: %3A%2F%2F.) Since that is his cyber territory, it is safe for him to do whatever he wants. Since Yuan Sun emerged with US military in 2013, that a cyber address might be USA military's secret cyber territory as well.

Since one of the system Yuan Sun set up the internet was bi ( shared) system. His advanced system is also under the http system. When he duplicated the 2nd website, the two are connected. He use the duplicated website to control the original website, intrude and control at his space, his speed , his leisure time, any time he wants , without any foot prints. The web master, or owner may not notice any changes

*11.*

that ever made on his website, since he can steal any documents secrets from the door widely open to him, he does not need to touch the original site.

Over the years, I have discovered millions sites being invaded, being used . He started his intrusion from Microsoft, stolen every resource from Microsoft, and left Microsoft future technology all open to him: I documented privacy report on MSN website, from my Hotmail email account: qiuminji@hotmail.com. Yuan Sun has been falsely registered MANY the same DNS names as Google,



Yahoo, Microsoft, AT&T, etc… He is able to have many of the fake sites to recruit his criminals, or cheating people, to register their computer to serve his attacking purpose. He has been able to intertwine with these US major giant websites, by his fake one, reregistered their logs Icons as his own, creating his fake website to cheat public. Early 2014, I discovered his 30 Fake Google accounts and he has been able to hide his multiple secret weapons ( stolen or given by NSA) in his many fake Google Accounts.

12.

Yuan Sun can make any websites, any part of the website not show or show differently. Example. 2011, at the earliest stage of Yuan Sun's intrusion and control, I found out that at FBI website, I could not find Cyber division. Sun duplicate FBI website, making the Cyber Division disappeared. The same period, I was searching the White house website trying to find some phone number I could make a report. Yuan Sun was able to hide all white house website phone numbers! Until today, Yuan Sun has been able to make all the future events vanished, which is to control my efforts

I could go to the events to meet people with similar minded, or I could make announcement or report to people who may have influence. Every website, if there is Events or activities listed, I only can see the events or activities that already past, not able to see any show up for future day, weeks or months. they all disappeared for the purpose of control me efforts

.

Yuan Sun can automatically change my writings. I learned that from battling his control on my computing and his mess up, twist and controlling my own website: www.stopthespy.com since it started on 2012. My assistant and I both contribute to the writing. I started inactive writing, She did editing, then come back to me reediting , had a local company to upload our images, writings on my website. I was confident that our writing were decent, able to express the facts, and no major grammar mistakes. But after about a month, a Journalist made a comment on my site, told me she could not find any facts… I started to read my sites, and found out that our decent writing becomes nonsense. Scanned documents in PDF were in a mess, important pages were missing, some pages upside down, not even able to read. Writings were full of grammar mistakes, and images were cut off, page numbers not in sequencings, sub links names we choose carefully have been changed into nonsense. Since we did not preparing how to deal with such a mess, I decided to rescan all my documents, and numbered all the page. Also rewrite and rearranged my website images, and trying to have a photocopy for each file . the 2nd time loaded website is better than the first time, Still there is changes, Sun has made on my site. This time it was very few words, one or two letters making the meaning of the whole page changed.

13.

I trying to find out when that change was made, and found out that when we were doing our writing and editing, Yuan Sun when see we finalized the writings, he actually made his reversed editing for us when we printed out the paper, because the website loaded the same as on the paper, He made changes when we saved the last file. When we printed out, the assuming the final document, he has done the reversed editing, which I did not pay attention to., but already on the website... I actually did the third time website editing, but do not have energy or time to fix my website, Yuan Sun hold my 19 documents not show to anyone. He also cut off some extremely important images, such as the Nano biosensor cutting edge, not able to show up on my website...Due to the frustrations, the energy spent on defending the accuracy, Since he can not be arrested, I decided not spend too much time to put out my documents. I actually keep all my later on discovery of evidence materials on paper... or keep them on my Google drive for myself, not show to public.

The reason I explain how he controls my own website, is to tell that, Sun's same controlling methods have applied to federal court website and my docket:

I submitted my case at San Francisco Federal district court on April 6th. My case number is assigned as C-15-1569 LB. But, immediately, Yuan Sun has created another account, that linked to my docket . that is judge Beelers view point of my docket. The same day clerk's office print out Judge Beeler's case schedule is from C-15-01569 LB., and all response judge Beeler has been using the above case number, where she reads and sees documents. I talked with clerk office about the discrepancy, but since the technology NSA using does not only controls internet but also control massive American brains, controls how people think, no one feel that tow accounts, have one more 0 matters. Plus, clerk's office was able to demonstrate that when type either accounts , with ex0 or without all reach the same docket. . but, people do not know that I am the high profile under 24/7 every second surveillance, every word I say, every sentence I write , every of my thoughts are being n monitored , being heard, are preparing to encounter provident that I was wrong and they are right in fighting against my efforts to rep[ort them. That was why when Clerk office typed both accounts, with or without 0, they seemed all have reached the same account. But, the reality is not the same. I have also tried to see that account, and have type the account of an extra 0, to request a search , but the computer told me that account is invalid. That means  there actually have

14

two different accounts. And I am not allowed to see the one that Judge Beeler suppose to see. Every time when I submit documents or Judge Beeler give orders, Yuan Sun is the middle man who has to evaluate, and does the edit to make sure facts being twisted, confused or never able to understand.

1. My initial file of this case has witness on the Nano bio sensors, and Yuan Sun's intrusion to the internet and his conspiracy and merged with NSA. Even my writing is not perfect. But the facts I have submitted should be clear why court need to stop FCC 's wrong decisions on give up internet DNS name registrations. And the relationship of Yuan sun and the conspiracy with NSA .

2. 

    But for over 20 days, she still not understand the seriousness, the urgency of this case. Not have jurisdiction, but, waiting to dismiss the case....


The Case Control, not show facts started the first time I submit documents. April 6, I have submitted many exhibit documents together with my complaint. Two or three days later, when I was checking my the docket, I could not see the two documents on the docket: one is a five page color photo that showed a complete what are inside a human PC with Intel Processor. That was the original photo, numbered as Exhibit E- . I did not make another copy, that submitted to the court. The other was a two color photo, which displayed the Human PC components connected to many of the online terms and set ups, I recognized the everyday I see terms, such as " Http Proxy" "NTIP Proxy", I use pen to mark them in order to show to court and Judge Beeler. That two color photo also not on the website. Due to the scan was messed up, I worked with the clerk office  to re organize the whole scan, but we could not find the two documents . I was  told that  she scanned everything she received, and her desk is at the back room of the clerk office, where I submitted materials. Because she could not find the original materials, I started to look for my suite case to see if I could find another set of the same document , but I only was able to find 4 page of  photos , with not good quality.  That is one of the photo documents I will submitted with my comments on the certain degree of my understanding.


2013 Oct. -2014 June, I was at DC for 8 months, I have experienced similar problems. I submitted original digital documents and printed documents, all disappeared  without trace. Some of the evidence



materials I did not have an additional copy to myself, I trusted that the people worked there would be able to give to their boss, head of the Senate committee on intelligence. But these important documents all got lost without a trace. Another time, I sent important evidence materials through Fedex to Diane Feinstein's Committee, I went to building to see who has received it, the building mail office wrote down the name of signed signature. When I called the Committee to verify if it was indeed the person who received it. I was told that there never has such an employee working in their office. However, the rule for Diane Feinstein's committee to receive any materials is only through mail or Fedex. They are not allowed to receive any materials face to face. That office absolutely need my information, but I just not able to give to them, even I passed by many times through their office, they are under rules to control them.

Qiu Min (Rebecca) Ji,

 Human Rights Activist/ Social Crusader
Advanced System intrusion Specialist

847-364-0162, www.stopthespy.com



16

Motion: Respond to Order on April 1, 2015

FILED
2015 APR 15 P 1:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Qiu Min Ji
                    plaintiff,

            V.

National Security Agent &
Other Agents Known & Unknown

Case Number
CV 15 1569 LB

I am Suing NSA for the Joint projects of installing Nano Bio Sensor inside my brain, to torture, to control with intention to kill me... Further I allege NSA who has developped such Bio Terrorist weapons that being used by Yuan Sun, the spy from China, residing in the United States, by many of their agents, criminals who gain the previllege to monitor, torture and control other private citizens and dominate their lives...

I am Suing NSA for applied mind control on me and massive American public to control my efforts to reveal the truth, to help NSA and the spy's killing efforts. Further, I allege NSA for their purposed mind control on U.S. White House administrations. Such mind control has results in FCC's wrong decision to give up internet DNS Name Registrations, which is to push America to desasters, which is to hand internet control to our enemies.

I am suing NSA for using my body as their "Robots" "Human PC", to totally deployed my privacy, to monitor, to Control, to torture and to kill.  Further, I allege NSA for their support and adopted Yuan Sun's "Advanced Intrusion talents" virtually Kidnapped me, by putting my images as base image for Target Set my physical body as their Internet Root, and started Internet with error, with negative to torture to Kill me...

I am suing NSA for using X-Ray attack me months after months, through torture and possible to kill me, obtaining their Dome Documents.  The 17 page XML 509 Certificate reflects the cruel facts. (Exhibit G-x)

I am suing NSA for not only monitoring my body movement, but Chipped my eyes, using installed software to watch every of my thoughts, my written or unwritten documents, my understanding in my researches. When Knowing I determined to report them to Court, they have their multiple agents, their tags and Contacts to directly access my memories, to erase my memories in order to disable my ability to report their wrong doings to Federal Court.  As a result, I only have about 1/3 of memory left, very hard to handle Law suit related works

I am suing NSA for their Forfeit actions: Using Government

2.

position, against America, betrayl American people, betrayl president. Using their power to develop secret technology and sophiscated mind control, aim to overthrow America, our political economical system and to obtain their planned global control through Internet, their super power of Global Domination.

The gist of the complaint started with Facts of Yuan Sun who put Nano Bio Sensors inside my Brain to control to kill. Landed on my discovery of many spy's documents that will be used to replace our current Internet, that supported by Microsoft. These documents are all in Global multiple languages, which are planned E-Gov or M-Gove. (Exhibit 10) I want to get court permission to send in multi-language documents. English only about 10 Percent in an everage document. (I assume the other language are translation of the same content, but need to verify it's true.

Yuan Sun's China spy status has changed. 2003 was the transaction. Sun's Advanced Intrusion Talents eventually merged with NSA super power and up dated military technologies.

I noticed Yuan Sun and NSA's merging through:

1. New Technology. I got the Green stuff came to my body 24/7, very hard to wash them out. That's the genetically made radio active materials, working as chips but not able to find them in X-Ray or MRI. It's materials that

3.

only apply to certain people. Such as http Proxy...

2.   My two eyes being chipped. One connect document. write. every of my thoughts being monitored.

3.   I am being swept by multiple machines, multiple programs. Not even a single place I could hide.

4.   Many Cars Vans, Trucks stalking me with Government License plates.

I know Yuen Sun found big bone support and I know who is his big bone support. which he obtained such information through his 24/7 monitor my every move. Back to 2012, I talked with Dr. Staninger Regarding where frequencies coming from. She told me that her researches found that all attacking frequencies came from the same satellite, that was owned by an individual who is U.S. military Contractor. who owns many high technology Companies, his name is Lockheed Martin. My 6th sense at that time already told me that Yuen Sun was going to find him as his support since he heard everything I hear. More detailed info at Exhibit A-11. Doctor Staninger's Report, Sept. 6. 2013.

Background of 2013: Many Non profit organizations joint together - demand for Digital freedom. Loby Congress regarding Patriotic Acts I went to DC. for that event. Oct. 23-26 < can not remember exactly the Date.>

4.

When I arrived in DC, I found out:

1. Young students. about 20. Well built, like training agents came to the place I was sit to attack me.

2. White House Protection agent went to Hotels I lived to attack me, recognized by a DC TI who worked for Government.

3. U.S. military Vans, Trucks park out side streets of the hotel I stayed. Two officers at Lobby use their Lab top to make sure protocal level stay at certain place.

4. Look like Local Civilian or Criminals chase me to the Hotel I stayed, but they stayed at prepaid CIA's room.

5. Sun drove not only Cars, Vans, he drove Taxi, leading stalking after Midnight. New Years Eve, Yuan Sun drove military Closed Truck Loaded with heavy radiation, chasing the Taxi I was at. When I stopped at a hotel, Yuan Sun parked his truck in front of the Hotel Lobby, continue radiating me ... He has more power, more freedom than any other places.

6. My report to Congress all have been stolen. Critical evidence materials that was sent to Senator Comittee on Intelligence all been stolen without a trace. ⟨Diane Feinstein's office⟩

5.

7. Technically. I saw the U.S. military power and spy Yuan Sun's advanced system merging together through their website address appearance.

Sun, at that time still use Bi (shared) system, but using up-graded Microsoft http Drivers to host 2 http system. Microsoft http Drivers' writing is so logical, philosophical. It's for only one system. If 2nd system trying to be included, the color of www shows pale color while if one http, it shows solid black color.

Early Nov. I checked some web sites. I saw the pale color of www was gone. replaced by solid black color of W W W, but in between has space. I assume that was U.S. military invention. But Yuan Sun has the freedom to use both. From my years of observation, the spy has his own advanced http address: %3A %2F %2F. But I can almost certain when the emerge happens, that advanced address can be claimed to be part of U.S. military internet zone.

Appreciate Court order

6.

Yuan Sun brought Internet control to

Federal Court website and control on my Docket

By: Qiu Min ji                                    Case Number: 15-15898

Yuan Sun has been controlling my case documents,    controlling the
communications between me and the court. Judge Beeler could not even read my
Original documents, instead she only read the documents that have been edited
By Yuan Sun.   Due to that document control, Judge Beeler never able to
understand my case. I tried to have a conference with her, but she denied as she
never know what is my case, how urgent this case is.

 Ever since I signed up with District court, there  are 3 case numbers involved in
this. My case number is:  cv- 15-1569  everything I file, I use that number. Also,
my case docket supposed to have my number, I saw the docketing one time by
that number.   2nd number is Juge beeler's viewpoint that is c-15-01569. Any
documents that came or printed form Judge beeler bear that number.  There is the
3rd case number, which is 3:15-CV-01569.  May 15, I signed up with pacer, I
want to see documents through Pacer,  I could not find my docket number, but
only found my documents at  3:15-cv-01569. However, when I tried to click the
exhibit documents open, I could not open any of these documents.  It is with the

three case different numbers, that Yuan Sun has been manipulating my case from being read, manipulating my communication with Judge beeler. He was the case "middle man", "the management f to fraud, he was the editor, to filter my materials to make sure to confuse Judge beeler, never understand my case...dismiss my case...

My statement can be proved by Privacy report that I photo documented on Federal District Court website when I was searching for my case number: cv-15-1569, Mid April, ithen the Privacy report Icon showed at the bottom of a page. When I clicked that Icon, it showed many photos reflected how Yuan Sun has been manipulating my case by editing my original documents . blocking my original case docket URl, redirecting my Federal court url under his system control with his cyber territory controling website address,... These color photo documentation, from Federal District Court reflects how Yuan Sun control the federal court website and my docket.

Due to the photo documentation only have limited size, I want to move a few urls to illustrate what these mean in the report.:

P- 4 - 5: No. 1.

http://www.google.com/case/case.js?cx=0160823519289611602uluubicGm7q

This was Yuan Sun duplicated URL of my case. and blucked it



P-3-5: No 1.

http://www.google.com/case/q=CV-15-1569&r=m&cx=01608235192892961160

2%3Auluubic6m7q&exp=2631602%2C20606%2C20606%2C2D606%2C37108

&client=google-coop&hl=en&type=0&oe=UTF-8ie=UTF-8&format-p3&ad=p3

&nocatch=1391428524269781&num=0&output-uds_ads&source=gcsc&v=3&all

owcallad=1&ad          (Blocked)

 This url has redirect  my case to my google account, under Sun's control, called

google coop, that is with attacking links,  format, num system &allow ad ( means

ad for attacks) This url was blocked due to the complexity the spy would not need

to show his attacking url.

No.3.

https://www.googleapis.com/customeseawrch/v1element?Key=AlzaSyCVAXiUz

RYsML1pv6RwsGigunmMikTzQqY&rsz=filtered_case&num=10&en&prettyPri

                *false*

nt=fulse&source=gcsc&gss=com&sig=cb6ef4def03dde8c26c6d526f8a6d526f8a1

f35&cx=01608235192892961160*2uluubic*~~6m3https~~*7q*&q=CV-15-1569&sort=&

                    3                                        3

goo

*This is Yuan Sun's Control url, which also merged into Google*
*accounts on me that  Sun control. He use Key of Coding to control.*
1. *rsaz = filtered_case*
   *resize my case, filtered case, to make sure my materials are*
   *not able Understood by Judge.*   *the edited*
2. *prettyPrint = false,  ~~put in~~ every ingly phto, not able to see facts.*
3. *That is my case link — CV-15-1569*                    *3.*

## History of Yuan Sun's internet Control for himself and for NSA

Criminal Spy, Yuan has been controlling our internet for 5 years since I started research on How he controls on 2011, I have photo documented about 100 privacy reports to prove how Yuan Sun set up internet as bi(shared) How he set up himself as the top controller.  Yuan Sun brought his internet .website controlling skill to Federal Court website, controlling my docket is only to practice his skillful talents in the internet control documents controlling.  Before we talking about how he controls my docket.  Let's review  Yuan Sun's internet intrusion history and how he climbed up to the top internet controller that even NSA adopted his controlling talents, enrolled him as the conspired project.

## Yuan  Sun 's Advanced System  Intrusion Started from Microsoft

Yuan Sun start his advanced system intrusion from Microsoft website.  April 2012, I discovered that Yuan Sun hid his privacy report, at Hotmail email account, that I own it and used it daily.  That photo documented privacy report

4

reflected Yuan Sun broken into MSN by his discovery of "Web Security Flash

Detection"

Privacy report on my website and my comments: Pg.15:

http://msc.wlxrs.com/gU23WjMxB!QD7kwPbM1liQ/WebSecurityFlashDetectio

n.js

 Knowing how to get around Microsoft 's security device, Sun has been able to

get in Microsoft  site any time to get anything he wants. As a matter of fact, just

the privacy report reflected Sun has wiped out Microsoft treasures, all products,

resources, network, which laid himself a solid foundation for his further  intrusion

and control of the internet with any information technology, including window

phone technologies and any other systems.  Yuan Sun not only  stole current

products, he left Microsoft back door open to him for any new product

announcement or tracking  the development of existing technologies…

Another important document worth to mention, which is Http system drivers, I

saw this documents running on his computer  as my earliest discovery, and that

document copyright symbol is not up straight as Microsoft Copyright, but simply

tell that Microsoft original document content was altered.



As a programmer, Yuan Sun would not want to alter to a lower version, but only to a higher version of the http system drivers in the purpose of control the internet. This http document from MS also laid another solid foundation for Yuan Sun's internet contro

### Yuan Sun Internet Control Set Ups

Yuan Sun set up his internet control at the most trust worthy, the most powerful website that almost no one should would question about it, and supposed to be as the Main stream. I discovered Sun's set up at Microsoft website, and photo

6

documented his privacy report on June and again on August 2012, of his set up the current system as bi(shared) system. (Sun has several different system running, recent years after merged with NSA,when attacks me, he used I system) which connect me as a computer based on his set up.

Sample One of Yuan Suns bi(shared) system at MS privacy Report, These also at my website: www.stopthespy.com

August 20 Page 3: Link #3

*http://i.microsoft.com/en-us/homepage/script.jsx?k=~/shared/templates/compone nts/mscomViews/Controls/Scripts.jQuery.bi.js~/shared/templates/components/ms comViews/Controls/Scripts/jquery.bi.dataretrievers.attr.js,~/shared/templates/co mponents/mscomViews/Contr* (Yuan Sun controls my computing, the line above he intended to separate en-us, a very important term that may not pay attention if only glanced at it.)

Sample settings on how Yuan Sun shared the "control" with Microsoft system;

MS Privacy report, Page 3: Link #4

http://i.microsoft.com/en-us/homepage/bimapping.js?gv=BiMapping&k=/en-us/h omepage/Components/BiMappingEN-US.xml&v=200491939

7

Capital letters mean a great deal. BIMAPPING is the spy his own tilted Mapping, could be any degrees he wants to change while the normal http mapping is 90 degrees up straight as the map from Google. "gv=BIMAPPING " controls "bimapping". Yuan Sun  the high tech and military spy, he even hidden controls US military operation at the time being due to his BIMAPPING is in governance.

Yuan Sun also put his own cyber address at his settings at Microsoft, his criminal activities resources , which all made his criminal activities, such his event id, his advanced system territory address  control activities as main stream, and no one ever question about what is going on by these set ups.

Microsoft MS privacy report June 28, 2012 Page 13 Link #5

http://c.microsoft.com/trans_pixel.aspx?rsd=www.microsoft.com&rsus=%2Fen%2Fus%2Fsitemap.aspx.rsqs=&rihs=0&eventid=71c1780c-a3cf-f4ee-2c8e-26a15ap&si=1&sv=4.0&fi=1&fv=10.0&cnt=lan&r=http%3A%2F%2Fprivacy.microsoft.com%2Fen-us%2Fdef          (ACCEPTED)

Yuan Sun put in lots of his activities in this set ups. This Link, "http%3A%2F%2F  privacy.microsoft.com." that is obvious the spy's cyber address before he merged with NSA. Now NSA may claim that %2A%2F%2F is

their developed cyber territory, since they are now in one. %2F def is the spy's

federal hearing aid programs, to attack me by extremely strong Gigabytes.

### False DNS Name Registrations, Use American Online Companies Names

Yuan Sun's solid internet control that has been penetrating into every corner of

system, which due to his false DNS name registrations by US companies names,



such as Microsoft, Yahoo, Google, AT&T... with the same DNS name

registrations, Sun stolen Google's icons and reregistered as his own. This above

photo is one of Yuan Sun's DNS name registration. He only add * to Google

website address, then his actual website address does not show "*", that makes the exactly the same address as Google 's address.

Early 2014, I found Sun's 30 fake Google accounts. Also his weapons description on Google, hiding in his fake Google accounts. Sun has his own Yahoo Google AT&T fake logins By using his fake big trustworthy companies names, Sun recruit for his attacking force, get their ID , phishing and put out fake advertising to cheat people to sign up his system, but actually to joint his attacking force attacks.

Sun forced me to use Google's unsupported system IE 5, to control my computer activities. No matter how many times I tried to download Chrome, the computer I use would never allow me to download Google chrome or other Google products due to the online control is part of the control set ups. Sun used my Google and yahoo email accounts s his social media to gather thousands of a computers as his attacking force. Every time I login my computer, my computing and internet activities being controlled. These all written inside Yuan Sun's communication with US military document. ( controlling me under IE 5)...

2014, I discovered Sun's 30 fake Google accounts. And his many weapons all storage in his Google fake accounts that their Google icon were re- registered as

his own. The internet location Yuan Sun use Google to storage or for attacks are at OS or ssl, where Sun has constantly switch internet root, put my image as the internet root. I do not have professional background to explain more, nor to see at lab, I know there is big issue why professionals could not see serious internet manipulations. SSL may be the internet hubs that can easily escape inspections...

### DNS name Registration is internet Control

### FCC given up DNS name registration is to Destroy America

For 5 years, FCC did not check DNS name registrations, that has allow the spy Yuan Sun controls our internet. However, that is not a legal control. since NSA have merged together , NSA and spy want to legally control the internet so that they can have further actions for their mission. That is why FCC, either under mind control, or bought by money , has made wrong decisions to give up internet DNS name registrations, means give up  internet control. FCC made an announcement on March 2014, and said the effective date will be July, 2015. Since the announcement on March 2014, busy transaction  has been prepared, I have been reading the spy's documents: some of them reflects how to destroy our current system, some reflected  on their tyranny of control through the one party

11

global control and to dominate this world, and replace their global one party control, M-gov or E-gov.

I know the Truth

After 5 years being victimized experience, 5 years research, I finally able to figure out How the spy and NSA have been controlling me as a Robot , the set up me as a human PC ... *Yuan Sun installed Nano bio sensors inside my brain, virtually has been kidnapping me and trying every way to attack me control my as a robot,*

Yuan Sun, the criminal spy forced Nano bio sensors inside my brain. The first Nano bio sensor Yuan Sun installed into my brain in  early 2010, It was discovered by my toxicologist  in 2011,  and found a surgeon surgically removed in Nov 2011. The hospital did not find any meningioma line on hospital testing, when the specimen was sent to lab for microscopic testing, it was found that the specimen was a man made material,  even the red color looks like blood, is not human blood, because human blood should have irons. the blood has no irons.

Yuan Sun installed the 2nd Nano bio sensor in early 2013

12.

Introduced by US military contractor that Sun obtained the information through
24 hours monitoring, through my conversation with my toxicologist, Yuan Sun
showed the Us military by how he has installed the 2nd Nano Bio sensor inside my
brain by his over 200 pages  logs, that already threaded kernel radiation into the
advanced http system. he also proposed to have x-ray http system by using x-ray
on me months after months with these already existed http documents inside my
brain, to obtain an other higher level of xml http system files, The faster or fastest
speed that can get ride of all controls , that is x-rayed http system Http . Since
Spy Yuan Sun and US military, merged together in 2003, Because of his already
in control and due to his many DNS name registrations, NSA had been mind
control or forcing FCC  given up internet DNS name registrations, with clear
purpose to hand to The China spy Yuan Sun for his internet control.


It is Due to my 5 years researches 5 years observations on how Yuan Sun
controls our internet by fake registered DNS name registrations, When FCC had
announcement on Given up internet control, I know  America are facing
challenges and we must stop the spy's internet controls leaned immediately that
Us internet control. It is due to my knowledge on how dangerous when US

13.

military and spy from China owns all technologies they own they are controlling out internet already, but they need legitimate control to access ther weapons se tups. It is due to my knowledge on yuan sun weapons+

+ all need internet for setups, it is due to t my knowledge on as destroy America plan, and they will be using their secret weapons on all of Americans and to desptry American, It is due to the NSA's cotrolisign.com...

Yuan Sun controls my documents on the federal court website and my docket.

Yuan Sun brought his controlling techniques to Federal court website. and to my docket. the control started when I had a case number, immediately he can created another casen number such as add 0 or add . /the clerk office can type the case number 15-1569, will get to my docket, but she can also type 15-01569, it also get to the same of my docket. Normally that would convince the clerk's office it does not matters because two can get to the same of my docket. But many people do not know it is that one 0 difference that can make another url, can open up a totally different documents.



I learned all of Yuan sun's controling skill through hard ways. It was through my own website design on 2012, Yuan Sun did not like my website to stop the spy.com, he tried every way to control my website from wi riting to loading or keep mydocuments not to show the proper contents, not show easy understanble photos, people do not understand I have doucments to prove evidence. people do not see what I wrote or making my writng have nothing as content. just by his reversed editing, change the minimum words or phrases. 2012, I n about 6 moths, I had done three times loading on my website, recopy of my website, reload and reediting for three times, just becasue that my https://docs.google.com/document/?authuser=0&usp=docs_web ondocuments was being reversly edited, with very limited words changed , but the meaning becomes no contents. Once at my website designer assume business was done, we do not need to have extra check on the web content, But, when you check, it seems everyh thign is OK.

 that will reveal the nature him what he has done as a bio terrorist . What he did was to automatically doing editing to all my writings. I learned in such hard way. To load on my websit for ready to load artickes and photos , we normaly have my

writng to iniciate , and came back to my assitance to do editing. After her editing

done, would come back to e again to make everythingis OK. before pubolish on

the website.

To be Continued

16.